1 | BENJAMIN B. WAGNER
United States Attorney
2 | JARED C. DOLAN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

**FILED**
FEB 10 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

MARTIN MARCIANO BOONE, and
RONDA BOONE,

Defendants,

CASE NO. 2:16-CR-0020 TLN

ORDER TO SEAL

(UNDER SEAL)

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 2/10/2016

HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge