BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00020 TLN |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] PROTECTIVE ORDER BETWEEN THE UNITED STATES AND MARTIN MARCIANO BOONE AND RONDA BOONE |
| MARTIN MARCIANO BOONE, and RONDA BOONE, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants MARTIN MARCIANO BOONE and RONDA BOONE, by and through their counsel of record, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case except for any discovery solely containing the personal tax or financial information for the defendants. The discovery covered by this Order shall hereafter be referred to as the "protected discovery."

3. Defense counsel shall not disclose any of the protected discovery to any person other than his/her respective defendant/client, witnesses that he/she is interviewing or preparing for trial, or attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of the defendant in connection to this criminal case.

4. The protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The protected discovery is now and will forever remain the property of the United States Government.  Defense counsel will, either (a) return the protected discovery; (b) certify that it has been shredded at the conclusion of the case; or (c) notify the Government that defense counsel's document retention obligations expressly disallow defense counsel from destroying client's case file without the client's express consent.

5. In the event that the defendants obtain substitute counsel, undersigned defense counsel agrees to withhold the protected discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

6. Defense counsel will store the protected discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. If defense counsel makes, or causes to be made, any further copies of any of the protected discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

8. If defense counsel releases custody of any of the protected discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the protected discovery is the property of the United States Government, that the protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the protected discovery may constitute a violation of law and/or contempt of court.

**Remainder of Page Intentionally Left Blank**

Stipulation and [Proposed] Protective
Order 2:16-cr-0020 TLN

2

9. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: February 22, 2016

/s/ Jared C. Dolan
JARED C. DOLAN
Assistant United States Attorney

DATED: February 22, 2016

/s/ Hannah Labaree
HANNAH LABAREE
Counsel for Defendant Martin Marciano Boone

DATED: February 22, 2016

/s/ Robert Wilson
ROBERT WILSON
Counsel for Defendant Ronda Boone

**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of February, 2016.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE