HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MARTY MARCIANO BOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARTY MARCIANO BOONE and RONDA BOONE, <br><br> Defendants. | Case No. 2:16-cr-020 TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME <br><br> Date: March 10, 2016 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Jared Dolan, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Marty Marciano Boone, and Robert Wilson, attorney for Ronda Boone, that the status conference scheduled for March 10, 2016 be vacated and be continued to May 26, 2016 at 9:30 a.m.

To date, the government has provided over 14,000 pages of discovery.  Defense counsel is expecting 17,000 pages of discovery to be disclosed overall.  The grounds for this continuance are that defense counsel would like additional time to review the voluminous discovery that has been and will be produced and to investigate the facts of the case, so to allow time for effective preparation and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 26, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

1 upon continuity of counsel and defense preparation.

2 DATED: March 7, 2016                    Respectfully submitted,

3                                                                 HEATHER E. WILLIAMS
4                                                                 Federal Defender

5                                                                 */s/ Hannah R. Labaree*
                                                                  HANNAH R. LABAREE
6                                                                 Assistant Federal Defender
                                                                  Attorney for MARTY MARCIANO BOONE
7

8 DATED: March 7, 2016                    */s/ Robert M. Wilson*
                                                                  ROBERT M. WILSON
9                                                                 Attorney for RONDA BOONE

10

11 DATED: March 7, 2016                   BENJAMIN B. WAGNER
                                                                  United States Attorney
12
                                                                  */s/ Jared Dolan*
13                                                                JARED DOLAN
                                                                  Assistant U.S. Attorney
14                                                                Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status         -2-
Conference

1

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 26, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the March 10, 2016 status conference shall be continued until May 26, 2016, at 9:30 a.m.

Dated:  March 7, 2016

_____
Troy L. Nunley
United States District Judge