1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH R. LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARTY MARCIANO BOONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-020 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | WAIVER OF PERSONAL APPEARANCE; ORDER |
| v. | ) ) | Judge:  Hon. Troy L. Nunley |
| MARTY MARCIANO BOONE, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , MARTY MARCIANO BOONE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

Waiver of Appearance and Order                -1-

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 7, 2016

        /s/ Marty M. Boone
MARTY MARCIANO BOONE
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: March 7, 2016

        /s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Defendant
MARTY MARCIANO BOONE

IT IS SO ORDERED.

Dated: March 23, 2016

Troy L. Nunley
United States District Judge