HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MARTY MARCIANO BOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-020 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| MARTY MARCIANO BOONE and | ) | Date: October 6, 2016 |
| RONDA BOONE, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Marty Marciano Boone, and Robert Wilson, attorney for Ronda Boone, that the status conference scheduled for October 6, 2016 be vacated and be continued to December 1, 2016 at 9:30 a.m.

This continuance is necessary as the parties are at various stages in plea negotiations and require additional time to review discovery, investigate the facts of this case, and hold discussions with the government and their respective clients in furtherance of resolution.  In advising their clients about the evidence against them and possible defenses, counsel continues to review the 19,000 pages of discovery produced by the government in this case.  Additional time is necessary for effective preparation to further review this material and to investigate the facts of this case.

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

2    excluded of this order's date through and including December 1, 2016;  pursuant to 18 U.S.C.

3    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

4    based upon defense preparation.

5    DATED: October 3, 2016                 Respectfully submitted,

6                                          HEATHER E. WILLIAMS
7                                          Federal Defender

8                                          */s/ Hannah R. Labaree*
                                           HANNAH R. LABAREE
9                                          Assistant Federal Defender
                                           Attorney for MARTY MARCIANO BOONE
10

11   DATED: October 3, 2016                 */s/ Robert M. Wilson*
                                           ROBERT M. WILSON
12                                         Attorney for RONDA BOONE

13

14   DATED: October 3, 2016                 PHILLIP A. TALBERT
                                           Acting United States Attorney
15

16                                         */s/ Jared Dolan*
                                           JARED DOLAN
17                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence.  The Court finds the ends of justice are served by granting the requested

7    continuance and outweigh the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including

9    December 1, 2016, shall be excluded from computation of time within which the trial of this case

10   must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12   **is further ordered** the October 6, 2016 status conference shall be continued until December 1,

13   2016, at 9:30 a.m.

14   Dated:  October 3, 2016

15

16                                                 Troy L. Nunley
                                                   United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28