HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MARTY MARCIANO BOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-020 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL CONDITIONS OF RELEASE |
| vs. | ) ) | |
| MARTY MARCIANO BOONE and RONDA BOONE, | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for the Plaintiff, and Hannah R. Labaree, attorney for Marty Marciano Boone, that the travel restriction previously imposed by the Magistrate Judge be modified to include permitting the Defendant Marty Marciano Boone travel without restriction to/from and within the Northern District of California.

This Stipulation has been presented to Pretrial Service Officer Tafia Gaskin, who has no objections.

DATED: November 2, 2016                    Respectfully submitted,

                                                                HEATHER E. WILLIAMS
                                                              Federal Defender

                                                              */s/ Hannah R. Labaree*
                                                              HANNAH R. LABAREE
                                                              Assistant Federal Defender
                                                              Attorney for MARTY MARCIANO BOONE

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders that the travel restriction previously imposed are modified to include permitting the Defendant Marty Marciano Boone to travel without restriction to/from and within the Northern District of California.

Dated: November 2, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE