HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MARTY MARCIANO BOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-020 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| MARTY MARCIANO BOONE and RONDA BOONE, | ) ) ) | Date: December 1, 2016 Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Jared Dolan, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorney for Marty Marciano Boone, and Robert Wilson, attorney for Ronda Boone, that the status conference scheduled for December 1, 2016 be vacated and be continued to January 12, 2017 at 9:30 a.m.

The grounds for this continuance are that defense counsel would like additional time to review the 19,000 pages of discovery that has been produced and to investigate the facts of the case, so to allow time for effective preparation and to negotiate a resolution to this matter. Specifically, defense counsel continues to analyze the financial records produced by the government and investigation the legal basis for possible motions under Rule 12 of the Federal

1 | Rules of Criminal Procedure.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 12, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

DATED: November 14, 2016    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah R. Labaree*
    HANNAH R. LABAREE
    Assistant Federal Defender
    Attorney for MARTY MARCIANO BOONE

DATED: November 14, 2016    */s/ Robert M. Wilson*
    ROBERT M. WILSON
    Attorney for RONDA BOONE

DATED: November 14, 2016    PHILLIP A. TALBERT
    Acting United States Attorney

    */s/ Jared Dolan*
    JARED DOLAN
    Assistant U.S. Attorney
    Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 12, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 1, 2016 status conference shall be continued until January 12, 2017, at 9:30 a.m.

Dated:  November 15, 2016

_____
Troy L. Nunley
United States District Judge