| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | MARTY MARCIANO BOONE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-020 TLN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE TRIAL AND SET MOTIONS SCHEDULE** |
| v. | ) ) | |
| MARTY MARCIANO BOONE and RONDA BOONE, | ) ) ) | Date: December 4, 2017 (Trial) Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jared Dolan Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorneys for Marty Marciano Boone, and Ronda Boone, appearing in Pro Per, that the trial set for December 4, 2017 be continued until April 9, 2018 and the Trial Confirmation Hearing for November 2, 2017 be continued to March 1, 2018 at 9:30 a.m.

A continuance of the trial date is supported by the following reasons: counsel for Mr. Boone requires additional time to research, prepare, and file pretrial motions, and to conduct investigation. Since the date of trial setting in this case (CR 55), the government has filed a superseding indictment (CR 60), containing two additional charges against both defendants, has provided additional discovery, and anticipates disclosing more discovery. Defense counsel will need additional time to review the material and prepare the case for trial.

Stipulation/Proposed Order to Continue Trial -1-

Further, as of late August, 2017 (CR 64), Ms. Boone is appearing in Pro Per. She requires additional time to review the full extent of the discovery against her and prepare a case for trial. In light of this change in circumstance, counsel for Mr. Boone requires additional time to conduct investigation, research possible motions, and prepare for trial.

Speedy trial time has previously been excluded until December 4, 2017 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4). The parties stipulate to the further exclusion of time under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4) for defense preparation until April 9, 2018.

In light of the new proposed trial date, the parties believe that a motions hearing should be set on January 11, 2018 at 9:30 a.m. The briefing schedule for the motions to be heard should be as follows:

Any defense motions should be filed on or before **November 30, 2017**.

Any government opposition should be filed on or before **December 14 2017**.

Any reply briefs to the government's opposition should be filed on or before **December 28, 2017**.

**[REST OF PAGE LEFT BLANK INTENTIONALLY]**

| | |
|---|---|
| IT IS SO STIPULATED. | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 2, 2017 | */s/*<br>HANNAH R. LABAREE<br>Assistant Federal Defendant<br>Attorney for Defendant<br>MARTY MARCIANO BOONE |
| DATED: October 2, 2017 | RONDA BOONE<br>In Pro Per |
| DATED: October 2, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/*<br>JARED DOLAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the trial continuance outweigh the best interests of the public and defendant in a speedy trial. Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) time is excluded until April 9, 2018, the date of trial.

It is further ordered that the Trial Confirmation Hearing be set for March 1, 2018 at 9:30 a.m. The briefing schedule for the motions to be heard on January 11, 2018 is as stipulated.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge