HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARTY MARCIANO BOONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-MC-061 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO UNSEAL GOVERNMENT'S EX PARTE APPLICATION FOR TOLLING OF STATUTE OF LIMITATIONS, SUPPORTING DOCUMENTS, AND COURT ORDER GRANTING MOTION** |
| v. | |
| MARTY MARCIANO BOONE and RONDA BOONE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jared Dolan Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorneys for Marty Marciano Boone, and Ronda Boone, Pro Se, that the following sealed documents be **unsealed** by this Court and filed on the public record of criminal case number 2:16-cr-020 TLN:

1. The government's *Ex Parte* Application for Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292;
2. The Memorandum in Support of *Ex Parte* Application for Order Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292;
3. Affidavit of Arlette Lee in Support of Application for Order Tolling Statute of Limitations;
4. Declaration of Jared C. Dolan in Support of Application for Order Tolling Statute of Limitations and Exhibit A thereto "Foreign Assistance Request");
5. Order Granting *Ex Parte* Application for Order Tolling Statute of Limitations;
6. Government's Motion to File Under Seal the above-listed documents.

-1-

1 | *See* Ex. A.
2 | These documents were filed May 28, 2015, in front of Judge Mendez, while grand jury proceedings were in progress under the above-captioned grand jury case number. On June 1, 2015, Judge Mendez granted the request for sealing pursuant to the requirements of Federal Rule of Criminal Procedure 6(e), which provides for secrecy of grand jury proceedings.

At least one Defense motion hinges on the above documents, and thus directly cites those documents. Pursuant to prior court order, Defense motions are due **Thursday, November 30, 2017.** CR 68. Unsealing of the above-listed documents is necessary to allow the defendants an opportunity to vindicate their rights as they relate to the instant criminal charges, as reference to the above-documents will be necessary to comprehend and adjudicate forthcoming defense motions. The parties also request that the court clerk file the instant motion on the criminal case docket.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: November 28, 2017         */s/ Hannah R. Labaree*
                                 HANNAH R. LABAREE
                                 Assistant Federal Defendant
                                 Attorney for Defendant
                                 MARTY MARCIANO BOONE

DATED: November 28, 2017         */s/ Ronda Boone*
                                 RONDA BOONE
                                 PRO SE

DATED: November 28, 2017         PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Jared Dolan*
                                 JARED DOLAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

# **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders the below-listed documents **UNSEALED**, and directs the clerk to file them on the public record in case 2:16-cr-020 TLN. The Court further directs the clerk to file the instant motion on the public record in case 2:16-cr-020 TLN.

1. The government's *Ex Parte* Application for Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292;
2. The Memorandum in Support of *Ex Parte* Application for Order Tolling Statute of Limitations Pursuant to 18 U.S.C. § 3292;
3. Affidavit of Arlette Lee in Support of Application for Order Tolling Statute of Limitations;
4. Declaration of Jared C. Dolan in Support of Application for Order Tolling Statute of Limitations and Exhibit A thereto "Foreign Assistance Request");
5. Order Granting *Ex Parte* Application for Order Tolling Statute of Limitations;
6. Government's Motion to File Under Seal the above-listed documents.

Dated: November 29, 2017   **/s/ JOHN A. MENDEZ**
Hon. John A. Mendez
United States District Court Judge