1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7





8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN RE GRAND JURY INVESTIGATION | CASE NO.
12 | NO. 2014A-98 & 2015A-21 | FILED UNDER SEAL
13 | | [PROPOSED] FINDINGS AND ORDER TOLLING STATUTE OF LIMITATIONS PURSUANT TO 18 U.S.C. § 3292
14

15    The Court hereby finds that no indictment has been returned in the above-referenced grand jury
16 investigation, and that the United States has submitted an application to the Court indicating that
17 evidence of the offense is in a foreign country. The Court further "finds by a preponderance of the
18 evidence that an official request has been made for such evidence and that it reasonably appears, or
19 reasonably appeared at the time the request was made, that such evidence is, or was, in such foreign
20 country." 18 U.S.C. § 3292(a)(1); see United States v. Bischel, 61 F. 3d 1429, 1431 (9th Cir. 1995).
21 Therefore, pursuant to 18 U.S.C. § 3292, the statute of limitations for the offenses is tolled for such
22 period to begin on May 11, 2015, the date on which the Foreign Assistance Request was submitted to
23 Cyprus, and to end on the date on which Cyprus takes final action with regard to the Foreign Assistance
24 Request submitted to it, such period subject to the limitations contained in 18 U.S.C. § 3292(c).
25 IT IS SO ORDERED.
26 Dated: June 1, 2015            By: _____
27                                    HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE
28

                                    1
APPLICATION FOR ORDER SUSPENDING STATUTE OF LIMITATIONS [UNDER SEAL]