| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | MARTY MARCIANO BOONE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-020 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE BRIEFING SCHEDULE AND** |
| v. | ) | **MOTION HEARING** |
| | ) | |
| MARTY MARCIANO BOONE and | ) | Date:  January 11, 2018 |
| RONDA BOONE, | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jared Dolan Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorneys for Marty Marciano Boone, and Ronda Boone, appearing in Pro Per, that the motions hearing be continued from January 11, 2018 to January 18, 2018 at 9:30 a.m.

Further the parties request that the briefing schedule be continued as follows:

Any government opposition should be filed on or before **December 21 2017**.

Any reply briefs to the government's opposition should be filed on or before **January 4, 2018**.

Speedy trial time has previously been excluded until April 9, 2018 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4). The parties stipulate to the exclusion of time under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4) for defense preparation until April 9, 2018.

Stipulation and Order to Continue Briefing Schedule

-1-

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | DATED: December 11, 2017 | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE |
| 5 | | Assistant Federal Defendant<br>Attorney for Defendant |
| 6 | | MARTY MARCIANO BOONE |
| 7 | DATED: December 11, 2017 | */s/ Ronda Boone* |
| 8 | | RONDA BOONE<br>In Pro Per |
| 9 | | |
| 10 | DATED: December 11, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 11 | | |
| 12 | | */s/ Jared Dolan*<br>JARED DOLAN |
| 13 | | Assistant United States Attorney<br>Attorney for Plaintiff |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The |
| 4 | Court finds that the ends of justice to be served by granting the trial continuance outweigh the |
| 5 | best interests of the public and defendant in a speedy trial. Under the Speedy Trial Act, pursuant |
| 6 | to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) time is excluded until April 9, 2018, the date |
| 7 | of trial. |
| 8 | It is further ordered that the briefing schedule is continued as forth above and the motions |
| 9 | to be heard on January 18, 2018 at 9:30 a.m., is as continued as stipulated. |

Dated: December 12, 2017

_____
Troy L. Nunley
United States District Judge