| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | LINDA C. ALLISON, #179741 |
| 3 | Assistant Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARTY MARCIANO BOONE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-020 TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **ADVANCE TRIAL CONFIRMATION** |
| v. | ) **HEARING** |
| | ) |
| MARTY MARCIANO BOONE and | ) Date: April 9, 2018 (Trial) |
| RONDA BOONE, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Troy L. Nunley |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Amanda Beck and Matthew Yelovich, Assistant United States Attorneys, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders, Hannah R. Labaree and Linda C. Allison, attorneys for Marty Marciano Boone, and Ronda Boone, Pro Se, that Trial Confirmation Hearing be advanced to February 15, 2018 at 9:30 a.m.

Speedy trial time has previously been excluded until April 9, 2018 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

-1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 29, 2018            */s/ Hannah R. Labaree*
                                   HANNAH R. LABAREE
                                   Assistant Federal Defendant

                                   */s/ Linda C. Allison*
                                   LINDA C. ALLISON

                                   Attorneys for Defendant
                                   MARTY MARCIANO BOONE

DATED: January 29, 2018            */s/ Ronda Boone*
                                   RONDA BOONE
                                   PRO SE

DATED: January 29, 2018            MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Amanda Beck*
                                   AMANDA BECK
                                   Assistant United States Attorney

                                   */s/ Matthew Yelovich*
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff

# **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) time is excluded until April 9, 2018, the date of trial.

It is further ordered that the Trial Confirmation Hearing be set for February 15, 2018 at 9:30 a.m.

Dated: January 29, 2018

_____
Troy L. Nunley
United States District Judge