| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | LINDA C. ALLISON, #179741 |
| 3 | Assistant Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MARTY MARCIANO BOONE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-020 TLN |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION AND ORDER** |
| | ) **TO ADVANCE TRIAL CONFIRMATION** |
| v. | ) **HEARING** |
| | ) |
| MARTY MARCIANO BOONE and | ) Date: April 9, 2018 (Trial) |
| RONDA BOONE, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Troy L. Nunley |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Amanda Beck and Matthew Yelovich, Assistant United States Attorneys, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders, Hannah R. Labaree and Linda C. Allison, attorneys for Marty Marciano Boone, and Ronda Boone, Pro Se, that Trial Confirmation Hearing be **advanced** to February 22, 2018 at 9:30 a.m. from March 1, 2018.

Speedy trial time has previously been excluded until April 9, 2018 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

IT IS SO STIPULATED.

///

///

///

///

-1-

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 30, 2018 | */s/ Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defendant |
| | */s/ Linda C. Allison*<br>LINDA C. ALLISON |
| | Attorneys for Defendant<br>MARTY MARCIANO BOONE |
| DATED: January 30, 2018 | */s/ Ronda Boone*<br>RONDA BOONE<br>PRO SE |
| DATED: January 30, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Amanda Beck*<br>AMANDA BECK<br>Assistant United States Attorney |
| | */s/ Matthew Yelovich*<br>Assistant United States Attorney |
| | Attorneys for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) time is excluded until April 9, 2018, the date of trial.

It is further ordered that the Trial Confirmation Hearing be set for February 22, 2018 at 9:30 a.m.

Dated: January 30, 2018

Troy L. Nunley
United States District Judge