IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:16-cr-00020 TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R**  **APPOINTING COUNSEL** |
| vs. | ) | |
| MARTY MARCIANO BOONE, | ) | |
| Defendant. | ) | |

The court relieved the Federal Defender in court on March 8, 2018. CJA Panel attorney Kresta Daly is hereby appointed under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A(a), effective March 8, 2018, the date the Office of the Federal Defender first contacted her.

Dated: March 12, 2018

_____
Troy L. Nunley
United States District Judge