| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | MATTHEW M. YELOVICH |
| | AMANDA BECK |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00020 TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| MARTY MARCIANO BOONE, AND RONDA BOONE, | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's *ex parte* five-page motion and exhibits thereto regarding disclosure obligations, as well as its Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government for the reasons set forth in the government's Request to Seal.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. United States Dist. Court*, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the government's Request to Seal, sealing is appropriate here for two reasons: first, the public does not have a presumptive right of access to the subject matter of the government's *ex parte* motion, and, second, even if the public had a presumptive right of access to this subject matter, sealing the moving

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1

papers serves compelling interests.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  Finally, the Court further finds that there are no additional alternatives to sealing the government's *ex parte* motion and exhibits that would adequately protect the compelling interests identified by the government.

Dated: January 29, 2019

_____
Troy L. Nunley
United States District Judge