UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>MARTY MARCIANO BOONE AND RONDA BOONE,<br><br>Defendants. | No. 2:16–cr–00020–TLN<br><br>**ORDER** |

The Court is in receipt of a Notice of Appeal of Denial of Writ of Habeas Corpus, which is attached to this Order. An individual named Wanag Tahaten-Bey, Defendants Marty Marciano Boone and Ronda Boone's (collectively, "Defendants") purported power of attorney, attempted to file the Notice of Appeal apparently on Defendants' behalf on November 22, 2019.

The Court notes that Defendants previously filed documents titled "Durable Power of Attorney for all Caps Under the Jurisdiction of Exclusive Equity." (ECF No. 212 at 42–63.) Even assuming those documents created a valid power of attorney, the Court finds that Mr. Tahaten-Bey is effectively and improperly acting as Defendants' attorney in this matter.[1] A power of attorney may not provide legal representation without a license to practice law. *See In*

---

[1] Defendant Marty Boone is proceeding *in propria persona*, and the Court appointed an attorney for Defendant Ronda Boone on November 21, 2019.

1

*re Foster*, No. ADV 11-1252-WRL, 2012 WL 6554718, at *5 (B.A.P. 9th Cir. Dec. 14, 2012); *Ryan v. Hyden*, 2012 WL 4793116, at *4 (S.D. Cal. Oct. 9, 2012); *see also C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) ("Although a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him."). Here, by preparing and filing legal documents, it appears that Mr. Tahaten-Bey is engaging in the unauthorized practice of law.

Moreover, Federal Rule of Civil Procedure 11(a) requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name– or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Neither Defendants nor an attorney of record have signed the Notice of Appeal, only Mr. Tahaten-Bey. For the foregoing reasons, the Court hereby declines to consider Defendants' Notice of Appeal.[2]

IT IS SO ORDERED.

Dated: December 2, 2019

                Troy L. Nunley
                United States District Judge

---

[2] The Court further notes that the aforementioned concerns apply with equal force to Defendants' denied petition for writ of habeas corpus (ECF No. 226), which Mr. Tahaten-Bey filed roughly an hour before Defendants' sentencing hearings on November 14, 2019. In hindsight, the Court acknowledges that it would have been preferable to decline to consider Defendants' writ petition for the same reasons articulated in this Order. However, to the extent Defendants themselves made an identical motion in person before the Court at the November 14 hearing, Defendants' petition for writ of habeas corpus lacked merit and was untimely.

2

wanag tahatan-Bey-Trustee for Tribal Trust NUMINUTITSKA PENATEKAWA and
Power of attorney-In-Fact In propria persona, sui juris, in proprio solo, inproprio heredes
FOR MARTY MARCIANO BOONE & RONDA BOONE
Two Zero One, Thirteen Street, Box 12367 General Post Office, Special Deposit
Oakland, Tahatan-Bey Province
Oakland, near [94604-9998]
(925) 477-9454
wanagtahatan65@yahoo.com

RECEIVED NOV 22 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs<br><br>vs.<br><br>MARTY MARCIANO BOONE AND RONDA BOONE<br>Defendants/Juristic Persons<br>Uush Diiyiin Dinee Keehasini-Bey<br>Inigokoode Adanvdo Keehasani-Bey<br>Unlawfully detained parties | Case No. 16-cr-0020-TLN<br><br>NOTICE OF APPEAL<br>APPEALING THE DENIAL OF WRIT OF HEBEAS CORPUS AD SUBJICIENDUM ALL WRIT ACT OF 28 USC SEC. 1651 |

TO THE HONOEABLE JUDGES NOTICE IS HEREBY GIVEN THAT NOTICE OF APPEAL IS TIMELY ISSUE-FORTH IN THIS CASE AT BAR.

Comes Now, Wanag Tahatan-Bey Power Of Attorney-In-Fact in propia persona, sui juris, in proprio solo, in proprio heredes on special deposit cause to be filed into the Court record are as follows: NOTICE OF APPEAL, this Notice of Appeal is base upon TROY L. NUNLEY d/b/a JUDGE overlooked All writs Act 28 USC Sec. 1651 challenging persona jurisdiction; and converting said writ into a MOTION.

On November 14, 2019, JUDGE TROY L. NUNLEY DENY, PETITION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM, in which JUDGE NUNLEY failed to follow the operation of law re 28 USC Section 2241where in fact said writ mandate JUDGE SHALL ISSUE-FORTH SHOW CAUSE ORDER requiring the Respondent to respond, given there opposition why said Writ should be granted.

This NOTICE OF APPEAL IS TIMELY

November 19, 2019

By: *(signature)* Wanag Tahatan-Bey
Wanag Tahatan-Bey POA

(2)

*Colossians 3:17 ~ And whatever you do, whether in word or deed, do it all in the name of the Most High, giving thanks unto YHWH for All.*

INTERNATIONAL CONTRACT NUMBER:

---

UNITED STATES
Plaintiff

Case Number 16-cr-0020-TLN
TROY L. NUNLEY Judge

v.

RONDA & MARTY, BOONE
Defendant



**RECEIVED**

NOV 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

PRIMORDIAL AUTOCHTHONOUS
INDIANS AND MOORS IN AMEXEM
INTERNATIONAL INDIGENOUS
COUNSUL

A Living Testimony in the Form of an Affidavit
And By DECLARATION

"Our Republic was formed on the basis that freedom is not a gift from government; but that freedom is a gift from God."
**2019 ~ U.S. President Donald J. Trump**

To the question asked of Dr. Franklin, "What have we got a Republic or a Monarchy?" "A Republic, if you can keep it."
Constitutional Convention, **1787 Benjamin Franklin**

Introduction:
The PRIMORDIAL AUTOCHTHONOUS INDIANS AND MOORS IN AMEXEM INTERNATIONAL INDIGENOUS COUNSUL (PAIMAIIC) is an international advocacy organization birthed through inspiration and by the impetus of The Most High to advance, investigate and bring to Light any and all Constitutional and Treaty violations of the economic, social, political, and privacy rights of the Primordial Indigenous populations. Indians/ Moors are part and parcel of these, the lands of the Western Hemisphere, by Primogeniture, by birthright, by freehold inheritance and heirship, by claim of right and claim of blood; upon International Law; upon Divine Law; and by Treaty and Constitutional Law.

Being Plenipotentiaries, We Are At-One-With and Overseers of Mother Earth and possess the inherent power and authority to intervene in any matters of

injustice springing forth from the 'color of law', reducing, in error, the status and standing of the true Indigenous Autochthonous Primordial People of this Land.

The administrative office of PAIMAIIC urges you to better educate yourselves and take note of the rights and status of Primordial Amexem Nationals secured first and foremost through **The Most High Supreme Godhead**, then also including and not limited to:

- **The Constitution for the United States of America 1787**
- The Treaty of Peace and Friendship
- The Northwest Ordinance
- United Nations Declaration on the Rights of Indigenous People (UNDRIP)
- Close to 400 National and International Treaties with the U.S.
- A multitude of established case law, which is res judicata, regarding the 'Indians' of this land as its Original Inhabitants who are OUTSIDE of the jurisdiction of the United States and can only be dealt with by their own tribal laws and customs and Government which is First Law/ the First Body of Law (We The People)/ Divine Law.

Before you proceed with any policy enforcement against the Primordial Indians Amexem National(s) and commit Violations of the Laws of the Land that are treasons acts of war against the united states Treaties and the Constitutional Oaths of Office that have been sworn by any and all public servants/trustees/dba    most operating outside of their original charters, doing business as the various agencies and municipalities, in their own personal capacities, it is Demand that you provide us the following documents as required by Domestic and International Law:

1. A Certified Copy of your delegation of authority;
2. A Certified Copy of your oath of office;
3. A Certified Copy of your Malfeasance Bond;
4. A Certified Copy of your Registration Statement (mandatory) pursuant to Foreign Agents Registration Act;
5. A Certified copy of your license to practice law;
6. All parties to every case, claim or action must enter their nationality into the record.

THE UNITED STATES is a CORPORATION, Not a Government.
**Per Title 28, United States Code 3002, Section 15**

At Present, both the Municipal and Territorial governmental services corporations are in Bankruptcy proceedings. The UNITED STATES is insolvent and under Liquidation and the USA, INC. is in Chapter 11 Reorganization. ...Inasmuch as every government is an artificial person, an abstraction, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestations of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate artificial persons and the contracts between them...Supreme Court of the United States 1795.

A foreign corporation, a legal fiction which cannot talk and exists only on paper, cannot demand anything from any living soul, Newman v. U.S. 1932. "I was never given 'full disclosure' that I was 'doing business' (contracting) with a foreign corporation and foreign agents with B.A.R. cards," which is FRAUD!

### FRAUD VITIATES EVERYTHING  37 Am Jur 2d, Sec 8
"Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents and even judgments."

### Default:
**On the record and for the record, you have 72 hours to cease and desist committing International War Crimes including but not limited to Genocide, Human Trafficking, Slavery, Securities Fraud, etc. against Primordial Autochthonous Indians and Moors. Your failure to do so will result in International War Crimes charges for over 400 years of atrocities public servant fiduciary trustees have committed and are still committing to this very day.**

Failure to provide the above demanded documents in pursuit of your actions resulting in trespass of any kind upon of the inherent rights of any Autochthonous Indigenous Being can and will likely result in criminal charges including and not limited to treason, racketeering, human trafficking and war crimes, that will be enforced with great diligence, holding you personally liable, until ALL parties involved are brought to Justice. There will be Enforcement of the De Jure united States for America Constitution as well as the International Laws and Treaties governing the Laws of Nations as well as Divine Law.

## Witnessed and Autographed by the following Autochthonous Indigenous Indians and Moors:

*2 Corinthians 13:1 ~ In the mouth of two or three witnesses shall every matter be established.*
*Matthew 18:20 ~ For where two or three are gathered together unto My name, there I am in their midst.*

### Consul Members Autograph Page:

Nannette Johnson

Empress Aaliyah Bey

Tiyé Ankh El

By: Maalik Rahab El

Wisdam Zahir El

Marissa Jahu Bey

Kamala Kenia El
Ishmael Bey

Wanag Tahatan-Bey 1954
Wanag Tahatan-Bey /POA

HAUS OF BAI