UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00020-TLN-DB |
| Respondent, | |
| v. | **ORDER** |
| MARTY MARCIANO BOONE, RONDA BOONE, | |
| Movants. | |

      Movants Marty Marciano Boone and Ronda Boone ("Movants"), one a former federal prisoner and one a current federal prisoner, have filed multiple motions to vacate, set aside, or correct their sentences pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 11, 2021, the magistrate judge filed findings and recommendations herein which were served on Movants and which contained notice to them that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 274.) Neither Movant has filed objections to the findings and recommendations.

      The court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the Court has

1

considered whether to issue a certificate of appealability. Before Petitioner can appeal this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Where the petition is denied on the merits, a certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. *See* Fed. R. App. P. 22(b). Where the petition is dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir. 2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000)). For the reasons set forth in the Findings and Recommendations (ECF No. 274), the Court finds that issuance of a certificate of appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 11, 2021 (ECF No. 274), are ADOPTED IN FULL;

2. Movants' Motions to Vacate, Set Aside, or Correct Their Sentences pursuant to 28 U.S.C. § 2255 (ECF Nos. 175, 176, 202, 203) are summarily DISMISSED as frivolous and premature; and

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

DATED: April 6, 2021

Troy L. Nunley
United States District Judge