IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:16-cr-00020-TLN |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| MARTY MARCIANO BOONE, | ) | |
| | ) | |
| Defendant. | ) | |

The circuit court filed a mandate on December 6, 2021. CJA Panel attorney Kresta Daly is hereby appointed effective December 9, 2021, the date the Office of the Federal Defender contacted her.

DATED: 12/9/2021

Troy L. Nunley
United States District Judge